UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Petre,

                  Plaintiff(s),

       -against-

C.R. Wallauers & Co., Inc., et al.,

                  Defendant(s).

---------------------------------------------------------X

**O R D E R**

7:18-CV-01827 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated:
    White Plains, New York
    October 29, 2018

                                                           *Cathy Seibel*
                                                 _____
                                                    CATHY SEIBEL, U.S.D.J.